OFFENDER'S REQUEST FOR LEGAL / INDIGENT MAIL

NAME: illegible

NUMBER: 575635

LOCATION: Camp J

BALANCE IN YOUR DRAWING ACCOUNT: $_____

LIST EACH ITEM TO BE MAILED
GIVE THE NAME AND COMPLETE ADDRESS OF EACH
PIECE TO BE MAILED:

Hon. Daryl Daughty sec#
_____
name
500 Julian Ave Central District Court
_____
address
New Orleans LA 70119
_____
city, state, zip code

Post Conviction Status Check

_____
name
_____
address
_____
city, state, zip code

_____
name
_____
address
_____
city, state, zip code

ANY DELIBERATE MISREPRESENTATION WILL RESULT
IN YOUR MAIL BEING RETURNED

Michal Allen #575635
_____
offender's signature and number

_____    10/20/16
classification officer                date

Appendix "E-1"                        93

OFFENDER'S REQUEST FOR LEGAL / INDIGENT MAIL

NAME: McRae, Tyler

NUMBER: 575~~5

LOCATION: _____

BALANCE IN YOUR DRAWING ACCOUNT: $_____

LIST EACH ITEM TO BE MAILED
GIVE THE NAME AND COMPLETE ADDRESS OF EACH
PIECE TO BE MAILED:

_____
name
_____
address
_____
city, state, zip code

_____
name
_____
address
_____
city, state, zip code

_____
name
_____
address
_____
city, state, zip code

ANY DELIBERATE MISREPRESENTATION WILL RESULT
IN YOUR MAIL BEING RETURNED

_____
offender's signature and number

_____    _____
classification officer              date

Appendix "E-3"

95

Post conviction - Status Check

OFFENDER'S REQUEST FOR LEGAL / INDIGENT MAIL

NAME: _____

NUMBER: _____

LOCATION: _____

BALANCE IN YOUR DRAWING ACCOUNT: $_____

LIST EACH ITEM TO BE MAILED
GIVE THE NAME AND COMPLETE ADDRESS OF EACH
PIECE TO BE MAILED:

_____
name

_____
address

_____
city, state, zip code


_____
name

_____
address

_____
city, state, zip code


_____
name

_____
address

_____
city, state, zip code

ANY DELIBERATE MISREPRESENTATION WILL RESULT
IN YOUR MAIL BEING RETURNED

_____  575685
offender's signature and number

_____        5T9 17
classification officer      date

Appendix E-4                              96

OFFENDER'S REQUEST FOR LEGAL / INDIGENT MAIL

NAME: _____

NUMBER: _____

LOCATION: _____

BALANCE IN YOUR DRAWING ACCOUNT: $_____

LIST EACH ITEM TO BE MAILED
GIVE THE NAME AND COMPLETE ADDRESS OF EACH
PIECE TO BE MAILED:

_____
name

_____
address

_____
city, state, zip code

_____
name

_____
address

_____
city, state, zip code

_____
name

_____
address

_____
city, state, zip code

ANY DELIBERATE MISREPRESENTATION WILL RESULT
IN YOUR MAIL BEING RETURNED

_____
offender's signature and number

_____      _____
classification officer                  date

Post Conviction Status Check

Appendix E-5          97

OFFENDER'S REQUEST FOR LEGAL / INDIGENT MAIL

NAME: Michael Alba

NUMBER: 057_005

LOCATION: Camp C-Ayar

BALANCE IN YOUR DRAWING ACCOUNT: $_____

LIST EACH ITEM TO BE MAILED
GIVE THE NAME AND COMPLETE ADDRESS OF EACH
PIECE TO BE MAILED:

_____
name

_____
address

_____
city, state, zip code

~~name~~

~~address~~

~~city, state, zip code~~

~~name~~

~~address~~

~~city, state, zip code~~

ANY DELIBERATE MISREPRESENTATION WILL RESULT
IN YOUR MAIL BEING RETURNED

_[signature]_____
offender's signature and number

S.R.M.                          4-30-18
classification officer          date

*[margin note: Post-convictor State Clerk]*

Appendix "E-6"            98

OFFENDER'S REQUEST FOR LEGAL / INDIGENT MAIL

NAME: Alba, Michel

NUMBER: 575625

LOCATION: Ca_____

BALANCE IN YOUR DRAWING ACCOUNT: $_____

LIST EACH ITEM TO BE MAILED
GIVE THE NAME AND COMPLETE ADDRESS OF EACH
PIECE TO BE MAILED:

Judge Darryl A Derbigny Sec: J
Criminal Dist. Court
name
2700 Tulane Ave Parish of Orleans
address
NO LA 70119
city, state, zip code

_____
name
_____
address
_____
city, state, zip code

_____
name
_____
address
_____
city, state, zip code

ANY DELIBERATE MISREPRESENTATION WILL RESULT
IN YOUR MAIL BEING RETURNED

Michel Alba #575625
offender's signature and number

[signature]                         7/2/18
classification officer              date

Post-Conviction Status of date (margin note)

Appendix "E-7"                      99

Post (Correction-Status Update)

OFFENDER'S REQUEST FOR LEGAL / INDIGENT MAIL

NAME: _____

NUMBER: _____

LOCATION: _____

BALANCE IN YOUR DRAWING ACCOUNT: $ _____

LIST EACH ITEM TO BE MAILED
GIVE THE NAME AND COMPLETE ADDRESS OF EACH
PIECE TO BE MAILED:

_____
name
_____
address
_____
city, state, zip code

_____
name
_____
address
_____
city, state, zip code

_____
name
_____
address
_____
city, state, zip code

ANY DELIBERATE MISREPRESENTATION WILL RESULT
IN YOUR MAIL BEING RETURNED

Michael Allen  #0057562S
offender's signature and number

_____           5-15-18
classification officer            date

Appendix E-8                      100

STATE OF LOUISIANA
CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS
SECTION J

STATE OF LOUISIANA

V.

MICHAEL ALLEN

CASE No. 490-990

FILE COPY
5/09/18 MLG

---

### ORDER

---

The Petitioner has filed a second post-conviction relief application with the court. After reviewing the evidence and considering the law, however, the defendant's application is repetitive. This court denied defendant's identical post-conviction relief application on May 28, 2015. As such, Petitioner's post-conviction relief application is DENIED in its entirety.

NEW ORLEANS, LOUISIANA, this 9th day of M___, 2018.

Judge Darryl A. Derbigny

Appendix F-1

101

Appendix "F-2"



**Criminal District Court**
Parish of Orleans
SECTION J

2700 Tulane Avenue
New Orleans, LA 70119

NEW ORLEANS
LA 700
24 AUG '19
PM 1 L

ANGOLA, LA
70712-3998

DRaw 3¥

Michael Allen, Sr.
#00575625
Louisiana State Penitentiary
Angola, LA 70712

70712-980099

102

Date: September 13, 2018

Micheal Allen # 575625
Camp-D Raven # 3 Right
La. State Prison
Angola, La. 70712

Mail Room
La. State Prison
Angola, La. 70712

RE: Request For Information:

    I am requesting Information pertaining to whether there was any mail received and served to Micheal Allen on or after May 28, and throughout the month of June of 2015. In light of a pending dead line confronting petitioner, I respectfully request an expeditous reply. Thanking you in advance for your assistance in this matter.

                                                Respectfully,

                                                *Micheal Allen*
                                                Micheal Allen # 575625

<u>Appendix F-3</u>

103

PRIV2 MAIL

| // | MP | | | |
|---|---|---|---|---|
| DATE | | NAME | | FROM |
| 02-05-2015 | 575625 | ALLEN | , MICHAEL | LA ATTY DISC BOARD 4000 S. SHERWOOD FOREST BLVD STE. 607 BR LA 70816 |

| // | MP | | | |
|---|---|---|---|---|
| DATE | | NAME | | FROM |
| 02-05-2015 | 575625 | ALLEN | , MICHAEL | LA ATTY DISC BOARD 4000 S. SHERWOOD FOREST BLVD STE. 607 BR LA 70816 |

| // | MP | | | |
|---|---|---|---|---|
| DATE | | NAME | | FROM |
| 02-10-2015 | 575625 | ALLEN | , MICHAEL | CHRIS ABERLE ATTY PO BOX 8583 MANDEVILLE LA 70470 |

| // | MP | | | |
|---|---|---|---|---|
| DATE | | NAME | | FROM |
| 03-02-2015 | 575625 | ALLEN | , MICHAEL | LA ATTY DISC BOARD 4000 S. SHERWOOD FOREST BLVD STE. 607 BR LA 70816 |

| // | MP | | | |
|---|---|---|---|---|
| DATE | | NAME | | FROM |
| 03-11-2015 | 575625 | ALLEN | , MICHAEL | ORLEANS PUBLIC DEFENDERS 2601 TULANE AVE STE. 700 NO LA 70119 |

| // | MP | | | |
|---|---|---|---|---|
| DATE | | NAME | | FROM |
| 03-17-2015 | 575625 | ALLEN | , MICHAEL | ORLEANS PUBLIC DEFENDERS 2601 TULANE AVE NO LA 70119 STE. 700 |

| // | MP | | | |
|---|---|---|---|---|
| DATE | | NAME | | FROM |
| 03-25-2015 | 575625 | ALLEN | , MICHAEL | OFFICE OF THE DISCIPLINARY COUNSEL, 4000 S. SHERWOOD FOREST BLVD, B.R., LA 70816 |

| // | MP | | | |
|---|---|---|---|---|
| DATE | | NAME | | FROM |
| 05-08-2015 | 575625 | ALLEN | , MICHAEL | LA ATTY DISC BOARD 4000 S.SHERWOOD FOREST BLVD STE. 607 BR LA 70816 |

*These are the only records for year 2015*

104