IN THE UNITED STATES DISTRICT COURT
**EASTERN DISTRICT DISTRICT OF LOUISIANA**

MICHAEL ALLEN,
    *Petitioner,*

vs

DARREL VANNOY, Warden,
Louisiana State Penitentiary
    *Respondent*

Docket No: _____

Section: _____

Mag. Judge: _____

Judge: _____

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### SUPPLEMENT OR AMENDMENT TO PETITIONER'S MEMORANDUM AND APPENDICES IN SUPPORT OF HABEAS CORPUS SEC. 28 U.S.C. § 2254

**MAY IT PLEASE THE COURT:**

Now comes, Michael Allen D.O.C. #575625, (also referred to as "Petitioner" herein), a person in custody under a state-court judgment, who submits this Supplement or Amendment pursuant to **28 U.S.C.A. § 2254, F. R.C.P. Rule 15(a)(1)(A):**

> *"A party may amend its pleading once as a matter*
>
> *of course within 21 days after serving it."*

Petitioner has recently submitted a 28 U.S.C.A. § 2254 Habeas Corpus within or less than 21 days. Also, the Respondent has not filed an answer to Petitioner's 28 U.S.C. § 2254 as of this date. Therefore, this Supplement is timely.

Petitioner would like to add the following attached documents to his Appendices in Support of 28 U.S.C.A. § 2254 Habeas Corpus: Appendix "T", Pages 282 to 410.

The above described Appendices <u>could not be scanned</u> because they contain documentation on both, back and front, of the pages.

## CONCLUSION

Considering the foregoing, Petitioner prays that this Honorable Court will order that the attached Appendices, Appendix I, pages 282 to 411 be supplemented or added to Petitioner's recently filed Appendices in Support of his 28 U.S.C. 2254 *Habeas Corpus*.

Respectfully Submitted By:

*Michael Allen 575625*

**Michael Allen #575625, Pro-Se**
**Camp-D, Raven 3/L**
**Louisiana State Penitentiary**
**Angola, Louisiana 70712**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| MICHAEL ALLEN,<br>*Petitioner,*<br><br>vs<br><br>DARREL VANNOY, Warden,<br>Louisiana State Penitentiary<br>*Respondent* | Docket No: _____<br><br>Section: _____<br><br>Mag. Judge: _____<br><br>Judge: _____ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I am an inmate confined in an institution. Today, _____ 2019, I am depositing the Supplement Or Amendment To Petitioner's Memorandum And Appendices In Support Of Petition For Writ Of *Habeas Corpus* Sec. 28 U.S.C. § 2254, in the institution's internal mail system. First-class postage is being prepaid either by my or by the institution on my behalf, and mailed to Attorney for Respondent, Leon A. Cannizzaro, Jr., District Attorney, 619 South White Street, New Orleans, Louisiana 70119.

I declare under penalty of perjury that the forgoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

*/s/ Michael Allen 575625*

**Michael Allen #575625**

Signed on _____12-12_____, 2019.

2016 Rules of the Court - Federal Rules of Appellate Procedure
Form 6. Certificate of Compliance with Type-Volume Limit

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

**1.**

[X] this document contains 504 words, or

[ ] this brief uses a monospaced typeface and contains [*state the number of*] lines of text.).

**2.** This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because:

[X] this document has been prepared in a proportionally spaced typeface using

*Open Office/Libre Office* in *Times New Roman, 12 Font style,*

**or**

[ ] this document has been prepared in a monospaced typeface using [*state name and version of word-processing program*] with [*state number of characters per inch and name of type*].

(s) _____ 575625

**Michael Allen #575625**

Dated: _____

(Added Apr. 29, 2002, eff. Dec. 1, 2002; amended Apr. 28, 2016, eff. Dec. 1, 2016, absent contrary Congressional action.)

*Page #4*

RECEIVED
DEC 23 2019
Legal Programs Department

SCANNED at LSP and Emailed
12-23-19 by KB . 325 pages
date    initials   No.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT DISTRICT OF LOUISIANA

CIVIL ACTION NO. _____

MICHAEL ALLEN,
                       *Petitioner*

v.

DARREL VANNOY, Warden,
Louisiana State Penitentiary
                       *Respondent*

---

**SUPPLEMENT OR AMENDMENT TO PETITIONER'S APPENDICES IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS SEC. 28 U.S.C. § 2254**

---

Date: 12-12-19

Respectfully Submitted By:

_Michael Allen_ 575625

Michael Allen #575625, Pro-Se
Camp-D, Raven 3/L
Louisiana State Penitentiary
Angola, Louisiana 70712