UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL ALLEN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 19-14737 |
| | * | |
| DARREL VANNOY, WARDEN | * | SECTION: "T"(4) |

### ORDER

Considering the foregoing Request for Review of the Magistrate's Report and Recommendation; IT IS ORDERED that the Magistrate's Report and Recommendation be, and hereby is, DENIED. That Mr. Allen's petition for federal habeas corpus relief be, and is hereby properly and timely filed before the Court. IT IS HERBY FURTHER ORDERED that the petition for federal habeas corpus relief filed by Petitioner, Michael Allen., be and is hereby remanded to Magistrate Judge Karen Roby., for a full review of the merits of Mr. Allen's claims for relief.

New Orleans, Louisiana this ____ day of _____, 2020

_____
UNITED STATES DISTRICT JUDGE