# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL ALLEN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-14737** |
| **DARREL VANNOY, WARDEN**<br>**LOUISIANA STATE PENITENTIARY** | **SECTION "T"(4)** |

## J U D G M E N T

The Court having approved the Report and Recommendation of the Chief United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the respondent, Warden Darrel Vannoy, and against the petitioner, Michael Allen, dismissing with prejudice Allen's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 as time-barred.

New Orleans, Louisiana, this 17th day of November, 2021.

_____
**UNITED STATES DISTRICT JUDGE**