UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

GOOD MORNING,

CAROL L. MICHEL
CLERK



Re. THIS LETTER IS A LETTER OF COURTESY AN INQUIRE
TO. SUBJECT: CASE No.; CIVIL ACTION
NO. 19-14737
SECTION "T"(4)

I MR. MICHAEL ALLEN SR WAS DENIED DUE TO TIME-BARRED (11-17-2021) SINCE THEN ACT No.104 -- S.B. No. 186 POST CONVICTION RELIEF HAS BEEN SET IN PLACE FOR THESE REASONS AND I'M ASKING CAN I BE SUBJECT TO REVIEW [RE-HEARING] DUE TO THAT ACT & SENATE BILL..
AS ACT & SENATE BILL 104, 186 POST CONVICTION RELIEF
-- L.A.C.Cr.P. Art. 930.8., & L.A.C.Cr.P. Art. 930.4>> WHERE THEY WERE AMENDED & REVISES, ONE DUE TO 930.8 TIME-BARRED AND 930.4 REPETITIVE APPLICATION, WHERE AS THE COURTS HAS SAID I'M IN PROCEDURAL DEFALTED, MAY I ADD I'M PRO-SE. I FEELING THEY DID NOT REVIEW MY CLAIMS, AS HAVING MERITS. HOW CAN I RECIEVE HELP DUE TO AMENDED & REVISED STATUE 930.8 (A) 1
THE APPLICATION ALLEGES. THOSE CIRCUMSTANCES SHALL INCLUDE BUT ARE NOT LIMITED TO THE EDUCATIONAL BACKGROUND OF THE PETITIONER, THE PETITIONER'S ACCESS TO FORMALLY TRAINED INMATE COUNSEL, THE FINANCIAL RESOURCES OF THE PETITIONER, ME BEING [FORMA PAUPERIS], THE AGE OF THE PETITIONER, THE MENTAL ABILITIES OF THE PETITIONER, OR WHETHER THE INTEREST OF JUTICE WILL BE SERVED BY THE CONSIDERATION OF NEW EVIDENCE , WHERE AS I'M THE INTREST OF JUTICE WHERE THE DISTRICT COURT NEVER SENT ME MY RULE OF DENIED TO MY

POST-CONVICTION TIME TO MOVE TO THE NEXT COURT, IF IM CORRECT ART. 930.1.

AS NESSASARY. I Mr. MICHAEL ALLEN SR. IM VIEW OF MY LEADGING IM ASKING TO BE APPOINTED AN ATTORNEY PRO-BONO TO HELP ME AVAIL MY FREEDOM. MY INTELLECT OF THE FUTHERENCE IM PROCEEDING IS SHALLOW, SO IM AT THE STAGE OF GUIDANCE AND AID, PLEASE CONSIDER AND RELATE BACK WITH ME AS SOON AS POSSIBLE.

WITH MUCH GRADITUDE,

Mr. Michael Allen
DOC# 575625
CASE# 490-990
CRIMINAL DISTRICT COURT

CIVIL ACTION
CASE NO. 19-14737
SECTION "T" (4)

Respectfully Submitted
THIS 31 DAY OF MAY YEAR 2022

Mr. MICHAEL A Allen SR DOC## 575625
Louisiana STATE Penitentiary
Angola, LA 70712
Main Prison
CBH

CLERK: CARD
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK
500 POYDRAS ST, ROOM C-151
New Orleans, LA 70130

US POSTAGE $000.53

